IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Crutcher v. Pacific Investment Management Company LLC, *et al.*

| | |
|---|---|
| Kari Crutcher,<br><br>           Appellant,<br><br>   v.<br><br>Pacific Investment Management Company LLC,<br><br>PIMCO Investments LLC,<br><br>           Appellees. | Civil Action No. 23-cv-01025-UNA<br><br>Bankruptcy Case No. Case No. 22-10584 (CTG)<br>Bankruptcy BAP No. 23-00050 |

**NOTICE OF SUBSTITUTION OF COUNSEL**

      PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, attorney Joseph H. Huston, Jr. of STEVENS & LEE hereby withdraws his appearance on behalf of Plaintiff Kari Crutcher in the above referenced action.

      PLEASE TAKE FURTHER NOTICE that R. Stephen McNeill and Jesse R. Noa of POTTER ANDERSON & CORROON LLP hereby enter their appearance as substitute counsel of record on behalf of Plaintiff Kari Crutcher in the above-referenced action and hereby request that copies of all notices and pleadings given or filed in the above action be served on POTTER ANDERSON & CORROON LLP at the address below.

*Remainder of page intentionally left blank.*

| STEVENS & LEE | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Joseph H. Huston, Jr.* <br> Joseph H. Huston, Jr. (No. 4035) <br> 919 North Market Street, Suite 1300 <br> Wilmington, Delaware 19801 <br> Telephone:  (302) 425-3310 <br> Facsimile:  (610) 371-7972 <br> Email:  joseph.huston@stevenslee.com <br><br> *Withdrawing Counsel for Appellant Kari Crutcher* | */s/ R. Stephen McNeill* <br> R. Stephen McNeill (No. 5210) <br> Jesse L. Noa (No. 5973) <br> 1313 N. Market Street, 6th Floor <br> Wilmington, Delaware 19801 <br> Telephone: (302) 984-6000 <br> Facsimile:  (302) 658-1192 <br> Email: rmcneill@potteranderson.com <br> jnoa@potteranderson.com <br><br> *Counsel for Appellant Kari Crutcher* |