## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Kari Crutcher,<br><br>                Appellant,<br><br>v.<br><br>Pacific Investment Management Company, LLC,<br><br>PIMCO Investments LLC,<br><br>                Appellees. | Civil Action No. 23-cv-01025-CFC<br><br>Bankruptcy Case No. 22-10584 (CTG)<br>Bankruptcy BAP No. 23-00050 |

### DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL PURSUANT TO FED. R. BANKR. P. 8009(a)

Pursuant to Fed. R. Bankr. P. 8009(a), Appellant Kari Crutcher, by and through undersigned counsel, hereby respectfully submits this designation of the record on appeal and statement of issues on appeal in connection with her appeal from the Court's *Order Granting Motion of the PIMCO Parties to Enforce the Chapter 11 Plan and Confirmation Order* [Docket No. 951] and respectfully states as follows:

### DESIGNATION OF THE RECORD ON APPEAL

Kari Crutcher hereby designates the following pleadings and other documents as the record on appeal:

| ITEM NO. | FILING DATE | ECF DOC. NO. | PLEADING / DOCUMENT |
|---|---|---|---|
| 1 | 8/3/23 | 900-3 | Supplemental Second Amended Complaint and Demand for a Jury Trial (the "Complaint") |
| | | | |
| 2 | 10/31/22 | 652 | Amended, Modified and Restated Combined Disclosure Statement and Chapter 11 Plan of First Guaranty Mortgage Corporation and Debtor Affiliate (the "Plan") |
| 3 | 11/2/2022 | 671 | Findings of Fact, Conclusions of Law, and Order (I) Approving Disclosures on a Final Basis and (II) Confirming the Amended Combined Disclosure Statement and Chapter 11 Plan of First Guaranty Mortgage Corporation and Debtor Affiliate |
| | | | |
| 4 | 7/13/2023 | 881 | Transcript regarding Hearing Held 07/11/2023 RE: Motion to Compel, Motion for Limited Relief |
| 5 | 8/3/23 | 900 | Motion of Pacific Investment Management Company LLC and PIMCO Investments LLC to Enforce the Chapter 11 Plan and Confirmation Order |
| 6 | 8/17/23 | 918 | The Liquidating Trustee's and Post-Effective Date Debtors' (I) Joinder to Motion of Pacific Investment Management Company LLC and PIMCO Investments LLC to Enforce the Chapter 11 Plan and Confirmation Order and (II) Reservation of Rights |
| 7 | 8/17/23 | 919 | B2 FIE XI LLC and LVS II SPE XXXIV LLC's Joinder to Motion of Pacific Investment Management Company LLC and PIMCO Investments LLC to Enforce the Chapter 11 Plan and Confirmation Order |
| 8 | 8/28/23 | 930 | Objection by Kari Crutcher to Motion by Pacific Management Company LLC and PIMCO Investments LLC to Enforce the Chapter 11 Plan and Confirmation Order |
| 9 | 9/1/23 | 941 | Reply of the PIMCO Parties in Further Support of Their Motion to Enforce the Chapter 11 Plan and Confirmation Order |

| ITEM NO. | FILING DATE | ECF DOC. NO. | PLEADING / DOCUMENT |
|---|---|---|---|
| 10 | 9/5/23 | 951 | Order Granting Motion of the PIMCO Parties to Enforce the Chapter 11 Plan and Confirmation Order |
| 11 | 9/7/23 | 956 | Transcript regarding Hearing Held 9/5/2023 |
| 12 | 9/19/23 | 966 | Notice of Appeal |

## **STATEMENT OF THE ISSUES ON APPEAL**

Kari Crutcher hereby states the following as the issues on appeal pursuant to Fed. R. Bankr. P. 8009(a)(1)(A):

1. Did the bankruptcy court err as a matter of law in concluding that the Complaint asserts claims that are barred by the Plan injunction?

2. Did the bankruptcy court err as a matter of law in concluding that the claims asserted against the Appellees in the Complaint are derivative claims of the Debtor?

Dated:   October 5, 2023

*/s/ Jesse L. Noa*
Jesse L. Noa (No. 5973)
R. Stephen McNeill (No. 5210)
Andrew L. Brown (No. 6766)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Email: jnoa@potteranderson.com
rmcneill@potteranderson.com
abrown@potteranderson.com

-and-

Chelsea Ireland
Morgan Greene
**COHEN ZIFFER FRENCHMAN & MCKENNA**
1325 Avenue of the Americas
New York, NY 10019
Telephone: (212) 584-1890
Email: cireland@cohenziffer.com
mgreene@cohenziffer.com

*Counsel for Appellant Kari Crutcher*