IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| FIRST GUARANTY MORTGAGE ) | Bankruptcy Case No.: 22-10584-CTG |
| CORPORATION, ) | Bankr. BAP No. 23-00050 |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| KARI CRUTCHER, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 23-1025-CFC |
| ) | |
| PACIFIC INVESTMENT MANAGEMENT ) | |
| COMPANY LLC, et al., ) | |
| ) | |
| Appellees. ) | |
| _____ ) | |

**ORDER**

At Wilmington, Delaware, this **19th** day of **October, 2023**.

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not believe that their disputes here can be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

1

an order withdrawing the matter from mediation and setting the following appellate briefing schedule suggested by the parties:

| | |
|---|---|
| Appellant's Opening Brief: | Due 30 days after entry of the Court's order withdrawing the appeal from mandatory mediation |
| Appellees' Answering Brief | Due 30 days after the deadline for Appellant's Opening Brief |
| Appellant's Reply Brief | Due 14 days after the deadline for Appellees' Answering Brief |

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE