IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FIRST GUARANTY MORTGAGE CORPORATION,<br><br>      Debtor. | )  Chapter 11<br>)  Bk. No. 22-10584-CTG<br>)  BK. BAP No. 23-50<br>)<br>)<br>) |
| KARI CRUTCHER,<br><br>      Appellant,<br><br>v.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC, et al.,<br><br>      Appellees. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 23-1025-CFC<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this 20th day of October 2023, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **November 20, 2023.**

2. Appellees' brief in opposition to the appeal is due on or before **December 20, 2023.**

3. Appellant's reply brief is due on or before **January 5, 2024.**

_____
Chief Judge